# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Thunder Enos**<br>DOB: 1991; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-06636 MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3 ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about December 30, 2019, in the District of Arizona, **Thunder Enos**, knowing or in reckless disregard that certain aliens, namely Alexander Roman-Aguilar and Florida Gabriel-Ramirez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about December 30, 2019, in the District of Arizona, **Thunder Enos**, knowing that certain illegal aliens, Alexander Roman-Aguilar and Florida Gabriel-Ramirez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Alexander Roman-Aguilar and Florida Gabriel-Ramirez so that they would not be apprehended by law enforcement by transporting them on foot; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 30, 2019, in the District of Arizona, a United States Border Patrol Agent (BPA) observed a group of five illegal aliens traveling north, two miles west of the Federal Route 15 (FR 15). BPAs located two subjects of the group hiding in the brush. Once the two subjects were apprehended another subject exited a brushy area with his hands up. This subject, identified as **Thunder Enos**, was a United States citizen. Alexander Roman-Aguilar and Florida Gabriel-Ramirez were determined to be citizens of Guatemala, and had entered the country illegally. **Enos** was identified as the foot guide for the group.

The material witnesses, Alexander Roman-Aguilar and Florida Gabriel-Ramirez, stated they were following **Thunder Enos**, who guided them into the United States illegally. Roman-Aguilar and Gabriel-Ramirez both identified **Enos** from a photo lineup as the foot guide of the group.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alexander Roman-Aguilar and Florida Gabriel-Ramirez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/kat | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br><br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 31, 2019 |
| 1) See Federal rules of Criminal Procedure Rules 3 and 54 ||